IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY NIX,  No. 3:16-cv-00693-SB

          Plaintiff,

   v.

NORTH SANTIAM FUNERAL SERVICE,  ORDER
LLC, an Oregon limited liability company,

          Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation (#28) on December 2, 2016, in which she recommends that this Court grant Defendant's motion for summary judgment and dismiss the Complaint. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [28]. Accordingly, Defendant's motion for summary judgment [13] is granted and this case is dismissed.

IT IS SO ORDERED.

DATED this 27 day of Jan, 2017.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER